# UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

_____

No. 96-60698

_____

THE MISSISSIPPI INSURANCE GUARANTY
ASSOCIATION,

Petitioner,

versus

DIRECTOR, OFFICE OF WORKER'S
COMPENSATION PROGRAMS, U.S.
DEPARTMENT OF LABOR; CHARLIE B.
MCLEMORE; INGALLS SHIPBUILDING, INC.,

Respondents.

consolidated with

_____

96-60699

_____

AMERICAN MUTUAL LIABILITY INSURANCE
COMPANY; MISSISSIPPI INSURANCE GUARANTY
ASSOCIATION,

Petitioners,

versus

DIRECTOR, OFFICE OF WORKER'S COMPENSATION
PROGRAMS, U.S. DEPARTMENT OF LABOR; WILLIE
FAISON; INGALLS SHIPBUILDING, INC.,

Respondents.

May 7, 1998

Before POLITZ, Chief Judge, REAVLEY and JONES, Circuit Judges.

PER CURIAM:[*]

In these consolidated petitions, Mississippi Insurance Guaranty Association and American Mutual Liability Insurance Company seek review of awards to Charlie B. McLemore and Willie Faison by the Benefits Review Board, Department of Labor. Having considered the briefs and pertinent parts of the record, and finding no reversible error, the petitions for review are DENIED.

---

[*]Pursuant to 5ᵀᴴ CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5ᵀᴴ CIR. R. 47.5.4.